NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DONALD SPENCER, )
)
      Appellant, )
)
v. ) Case No. 2D17-192
)
LEIGH FEITELSON, )
)
      Appellee. )
_____ )

Opinion filed April 13, 2018.

Appeal from the Circuit Court for
Hillsborough County; Tracy Sheehan,
Judge.

Joseph C. Hood, Tampa, for Appellant.

Lawrence J. Hodz of Cortes Hodz Family
Law & Mediation, P.A., Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


SILBERMAN, KELLY, and MORRIS, JJ., Concur.